IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**WILLIAM SULLIVAN,**

Plaintiff,

vs.

**PR 21, INC.** and
**DANIEL J. EDELMAN, INC.,**

Defendants.

Case No. CV 00-1175 JRT/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure the above-entitled action, together with any claims, counterclaims or crossclaims that were or could have been asserted in connection with such action, shall be dismissed with prejudice and on the merits, each party to bear his/its own attorney's fees, costs, and disbursements and that a judgment of dismissal with prejudice may be entered pursuant hereto without further notice.

Dated: April 23, 2001

Richard A. Ross (#181791)
Melissa Vogt Brettingen (#284658)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7022

Attorneys for Plaintiff William Sullivan

FILED MAY 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 01 2001
DEPUTY CLERK

Dated: April 20, 2001

[signature]

Joel H. Spitz
Daniel P. Hogan
Christy E. Phanthavong
ROSS & HARDIES
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 558-1000

Robert D. Maher (#220863)
BEST & FLANAGAN, LLP
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4331
(612) 339-7121

Attorneys for Defendants PR 21, Inc. and
Daniel J. Edelman, Inc.

IT IS SO ORDERED.

BY THE COURT:

Dated: May 1, 2001

John R. Tunheim

The Honorable John R. Tunheim
Judge, United States District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.

2490656\1